# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: March 10, 2023
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,
                Plaintiff

    -against-

Donte Dixon,
                Defendant
-----------------------------------------------------------X

**SCHEDULING ORDER**

7:22-mj-7511

TO ALL PARTIES:

The Court has scheduled a waiver of indictment and change of plea hearing for 3/16/2023 at 12 pm before Magistrate Judge Paul E. Davison. The Court expects to conduct the proceeding in person at the Hon. Charles L. Brieant, Jr., Courthouse, 300 Quarropas Street, Courtroom 420, White Plains, NY 10601.

**<u>MASKS ARE STILL REQUIRED IN COURTROOM 420.</u>**

Please refer to the Court's website for the latest COVID protocols.

As a reminder, DO NOT COME TO THE COURTHOUSE if you have any symptoms of COVID-19, which include fever, cough, shortness of breath, difficulty breathing, extreme fatigue, nausea, vomiting, congestion, runny nose, muscle aches, body aches, headache, sore throat, new loss of taste or smell, and diarrhea. Please keep in mind that the symptoms of COVID-19 often resemble those of a mild common cold or allergies. Please err on the side of caution; stay home, and test if you have ANY symptoms.

Dated:  3/10/2023
       White Plains, New York

                              SO ORDERED:

                              s/        PED
                              _____
                              PAUL E. DAVISON
                              United States Magistrate Judge